____ FILED ___ ENTERED
____ LOGGED _____ RECEIVED

12:36 pm, May 08 2025
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____KM_____Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. 1:25-mj-01159-DRM |
| | * | |
| Paulino ORELLANA ORELLANA | * | Filed Under Seal |
| | * | |

*******

## AFFIDAVIT IN SUPPORT OF A
## CRIMINAL COMPLAINT AND ARREST WARRANT

I, Madison L. Coleman-Dodson, a Special Agent with the U.S. Department of State, Diplomatic Security Service, in Dunn Loring, Virginia, being duly sworn, depose and state as follows:

I.   INTRODUCTION

1.   This affidavit is submitted in support of a criminal complaint charging Paulino ORELLENA ORELLANA (ORELLANA ORELLANA) with fraud and misuse of an alien registration receipt card, in violation of 18 U.S.C. § 1546(a). Based on the facts set forth herein, I submit that there is probable cause to believe that on January 13, 2025, ORELLANA ORELLANA used a fraudulent Permanent Resident Card to apply for a U.S. Passport on behalf of his minor child.

2.   The facts set forth in this affidavit are known to me because of my participation in this investigation, from information provided to me by other law enforcement officers and/or government officials, and from records, documents, and/or other evidence obtained during this investigation. Since this affidavit is being submitted for the limited purpose of establishing probable cause for a criminal complaint, I have not included each and every fact known to me concerning this investigation, but rather those facts that I believe are necessary to establish

1

probable cause that ORELLANA ORELLANA committed the crime referenced above. References to dates, times, places, and amounts are intended to be approximate. Everything set forth in this affidavit is true to the best of my knowledge and belief.

3. I am a Special Agent with the U.S. Department of State, Diplomatic Security Service, and have been employed by the Department of State since September 2023. I am currently assigned to the Washington Field Office in Dunn Loring, VA. This field office investigates crimes including fraud related to passports and visas. I am empowered under 22 U.S.C. § 2709 to obtain and serve federal arrest and search warrants.

II. BACKGROUND ON ORELLANA ORELLANA

4. ORELLANA ORELLANA is an El Salvadorian citizen who first entered the United States on or around February 17, 2002, without inspection. On January 17, 2008, ORELLANA ORELLANA was removed from the United States by Immigration and Customs Enforcement (ICE). On or around January 26, 2018, ORELLANA ORELLANA once again entered the U.S. without inspection and was encountered by Border Patrol near Armstrong, Texas. On January 31, 2018, ORELLANA ORELLANA was released on an Order of Supervision. The Order of Supervision included ORELLANA ORELLANA's Alien Registration Number (A-Number), which ends in *2499. ORELLANA ORELLANA signed and acknowledged receipt of a copy of the Order of Supervision. ORELLANA ORELLANA also signed other document bearing his A-Number including: an Addendum to the Order of Supervision, a Notification Requirement for Change of Address Form, and a Notice of Intent/Decision to Reinstate Prior order.

III. PROBABLE CAUSE

5. On January 13, 2025, a form DS-11, Application for a U.S. Passport, was executed for a minor child at the U.S. Postal Service (USPS) branch in Aberdeen, Maryland. According to

2

my training and experience, I know that both parents must be physically present when applying for a minor's passport or a form DS-3053 (Passport Parental Consent Form) must be included. In this instance, the DS-3053 was not included, and ORELLANA ORELLANA and the child's mother were physically present for the application appointment.

6.  During the January 13, 2025 appointment, ORELLANA ORELLANA presented a Permanent Resident Card as proof of his (ORELLANA ORELLANA's) identity. That Permanent Resident Card bore a photo of ORELLANA ORELLANA as well as his Given Name, Surname, Country of Birth, and Sex.  The Alien Registration Number listed on the Permanent Resident Card was not the *2499 ORELLANA was previously assigned.  Instead, it was an A-Number ending in *0197.  The Permanent Resident Card also included a date the card would expire and a "Resident Since" Date.

7.  A USPS employee took a photocopy of the Permanent Resident Card ORELLANA ORELLANA presented for inclusion with the DS-11 application. I interviewed that USPS employee who confirmed that she took the photocopies as a part of her standard practice. During the DS-11 adjudication process, U.S. Department of State, Bureau of Consular Affairs flagged the application for potential fraud due to abnormalities with the Permanent Resident Card. A review of Department of Homeland Security databases confirmed that the A-Number ending in *0197 was assigned to a 9-year-old minor. A law enforcement officer reviewed the photo associated with *0197 and confirmed the image did not resemble ORELLANA ORELLANA.

8.  Based on the fact that ORELLANA ORELLANA was assigned the A-Number ending in *2499 in 2002 when he was first encountered, has signed multiple documents bearing that number, including those documents he signed in 2018, and has repeatedly used that number during his period of supervision since 2018, I believe that ORELLANA ORELLANA knows what

3

his A-Number is. Therefore, I believe that ORELLANA ORELLANA knew that the A-Number on the Permanent Resident Card he presented was not his A-Number. Based on his prior removal and the recent order of removal, which ORELLANA ORELLANA is aware of, I believe that ORELLANA ORELLANA knows that he is not a lawful resident of the United States and the "Resident Since" date on the Permanent Resident Card he presented was false as to him. Given these facts and inferences, I believe that ORELLANA ORELLANA knew that the Permanent Resident Card he presented on January 13, 2025, was forged, counterfeited, or altered.

## IV.   CONCLUSION

9.   I submit, based on the foregoing, that there is probable cause to believe that on or about January 13, 2025, ORELLANA ORELLANA did knowingly utter use and possess an alien registration receipt card, that is a Lawful Permanent Resident Card in his name, which ORELLANA OREELLANA knew to be forged, counterfeited, and altered, in that ORELLANA ORELLANA submitted the Lawful Permanent Resident as part of a passport application at the Aberdeen, Maryland branch of the USPS; in violation of Title 18, United States Code, Section 1546(a).

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

MADISON L COLEMAN-DODSON
Digitally signed by MADISON L COLEMAN-DODSON
Date: 2025.04.28 17:04:58 -04'00'

Madison L. Coleman-Dodson
Special Agent
U.S. Department of State
Diplomatic Security Service

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 this ___29th___ day of April, 2025.

Honorable Douglas R. Miller
United States Magistrate Judge

4